```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
Unified Messaging Solution,         :
                                    :
              Plaintiff,            :      12 Civ. 3616(JSR)
                                    :
              -v-                   :          ORDER
                                    :
American Express,                   :
              Defendant.            :
------------------------------------ :
                                    x
```

JED S. RAKOFF, U.S.D.J.

Judge Rakoff has determined that this case is not appropriate for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Cases in the Southern District of New York, and, accordingly, the parties should instead proceed in accordance with Judge Rakoff's individual rules and orders. This case will, however, be included in the Patent Pilot Project.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 25, 2012