*RACKEFS*

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

| | |
|---|---|
| **UNIFIED MESSAGING SOLUTIONS LLC,** | |
| Plaintiff, | Civil Action No.  12-CIV-3616-JSR |
| v. | |
| **AMERICAN EXPRESS COMPANY,** | |
| Defendant. | |



USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Unified Messaging Solutions LLC ("UMS"), by and through its counsel, and Defendant American Express Company ("American Express"), by and through its counsel, having settled all of their respective claims for relief against each other in this action, hereby stipulate as follows:

(1)     This Court has personal jurisdiction over UMS and American Express for purposes of this action, and also has subject matter jurisdiction over this action.

(2)     Each claim made in this action by UMS against American Express and each claim that could have been made in this action by UMS against American Express based on an American Express product or service is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

(3)     Each party shall bear its own costs and attorneys' fees.

03503.62476/4836979.2

**IT IS SO STIPULATED:**

By: _____

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYS LLP

Steven M. Hayes
shayes@hanlyconroy.com

112 Madison Avenue
New York, New York 10016
Telephone:  (212) 784-6400


NELSON BUMGARDNER CASTO, P.C.

Edward R. Nelson, III (*pro hac vice*)
enelson@nbclaw.net

3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone:  (817) 377-9111

*Attorneys for Plaintiff*
*United Messaging Solutions LLC*


By: _____

QUINN EMANUEL
URQUHART & SULLIVAN, LLP

Peter J. Armenio
peterarmenio@quinnemanuel.com

51 Madison Avenue
New York, New York 10010
Telephone:  (212) 849-7000

*Attorney for Defendant American Express Company*

**SO ORDERED:**

This _____ day of _____ 7/19/ , 2012.

_____
The Honorable Jed. S. Rakoff
United States District Judge